IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20752
Conference Calendar
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

JESUS ORNELAS-LEZA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-96-14-1
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:*

Jesus Ornelas-Leza appeals the sentence imposed subsequent to his plea of guilty to reentry into the United States after deportation. He argues that the court erred in denying him a two-level reduction for acceptance of responsibility. It was not clear error for the district court to deny the reduction for acceptance of responsibility. U.S.S.G. § 3E1.1, comment. (n.3).

AFFIRMED.

---

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.